IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMEY MCKEE, | No. 4:23-CV-01750 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

# ORDER

**AND NOW**, this 21st day of February 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion (Doc. 3) for leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DEEMED** filed.

3. Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis* and the Prisoner Trust Fund Account Statement. The full filing fee shall be paid regardless of the outcome of the litigation.

4. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent, Warden, or other appropriate official at Plaintiff's place of confinement is directed to DEDUCT an initial partial filing fee of 20% of the greater of:

    a. the average monthly deposits in the inmate's prison account for the past six months, or

    b. the average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent, Warden, or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

5. The Clerk of Court is directed to FORWARD a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

6. Plaintiff's complaint is **DISMISSED** without prejudice for failure to comply with Federal Rule of Civil Procedure 8.

7. Within 21 days of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.

8. If an *appropriate* amended complaint is not timely filed, dismissal of Plaintiff's complaint will automatically convert to dismissal with prejudice and the Court will CLOSE this case.

9. Plaintiff's motion (Doc. 6) for copies is **DISMISSED** as moot in light of the foregoing paragraphs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge